# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 24, 2011

Lyle W. Cayce
Clerk

No. 10-20090
Summary Calendar

DAVID THOMAS, JR.,

Plaintiff-Appellant

v.

C. ZAKHORIA, Houston Police Officer; C. ROZEK, Houston Police Officers;
M. CHAPNICK, Houston Police Officer,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CV-3251

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant David Thomas, Jr. filed this action against Houston
police officers and others alleging use of excessive force in arresting him in the
restroom of a Whataburger restaurant. The case was tried before a jury which
returned a verdict in favor of Defendants-Appellants, and the district court
entered a take-nothing judgment dismissing Thomas's action. Proceeding pro

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-20090

se and in forma pauperis on appeal, Thomas contends only that the jury verdict was against the great weight of the evidence and that it should be reversed and his case remanded for a new trial.

Our review of the record on appeal, including the briefs of the parties and the applicable law, convinces us that there is no basis for our reversing the verdict of the jury or the judgment of the district court entered pursuant thereto. Accordingly, that judgment is, in all respects,

AFFIRMED.